UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| ROBERT F. MULLIGAN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 1:24-cv-00096-TWP-MJD |
| ) | |
| BOARD OF TRUSTEES OF INDIANA ) | |
| UNIVERSITY, ) | |
| KATHRYN GIRTEN in her official and individual ) | |
| capacities, ) | |
| MICHELLE MALOTT in her official and ) | |
| individual capacities, ) | |
| ) | |
| Defendants. ) | |

## FINAL JUDGMENT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 58

The Court having this day made its Entry directing the entry of final judgment, now enters its **FINAL JUDGMENT**.

Judgment is entered in favor of Defendants. The case is **dismissed with prejudice**, and this action is **TERMINATED**.

Dated: 5/3/2024

Hon. Tanya Walton Pratt, Chief Judge
United States District Court
Southern District of Indiana

Roger A.G. Sharpe, Clerk

BY: _____
Deputy Clerk, U.S. District Court

Distribution:

ROBERT F. MULLIGAN
173 Harvard Street
Westbury, NY 11590
robtmulligan@gmail.com

Joshua Ryan Spindler
Indiana University
joshspin@indiana.edu